UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEISS LAW, P.C., <br> Plaintiff, <br> v. <br> AWRISH BUILDERS, et al., <br> Defendants. | Case No. 19-cv-02258-SI <br><br> **ORDER RE MOTION TO STAY** <br> Re: Dkt. No. 26 |

The parties appeared before the Court on December 6, 2019 for a hearing on defendant Awrish Builders's motion to stay. Based on the parties' submissions and statements during the hearing, it was made clear that before the Court can rule on the motion to stay various threshold issues must be resolved. The Court set a case management conference for January 24, 2019 during which the parties will propose a schedule for an evidentiary hearing on the threshold issues. Considering these developments, the motion to stay is deemed withdrawn pending resolution of the evidentiary hearing.

**IT IS SO ORDERED**.

Dated: December 9, 2019

_____
SUSAN ILLSTON
United States District Judge