UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEISS LAW, P.C., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>AWRISH BUILDERS, et al., <br><br>　　　　Defendants. | Case No. 19-cv-02258-SI <br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE** <br><br>Re: Dkt. No. 67 |

On February 20, 2020, plaintiff filed a motion for default judgment against defendants Faisal Rahim and Abdul Mujeeb Mohmand, who have yet to appear or otherwise respond to plaintiff's complaint. Dkt. No. 67.

In light of the unusual circumstances in this case – namely, the accusations of deception and bad faith made by both plaintiff and the defendants that have appeared, the Court is loath to grant the motion for default judgment. See Dkt. Nos. 52 and 61.

During the May 29, 2020 case management conference, the parties agreed to arbitrate the matter. Dkt. No. 78. The Court therefore DENIES plaintiff's request for a default judgment without prejudice. The request for default judgment may be renewed if necessary after the arbitration concludes or the matter is otherwise resolved.

**IT IS SO ORDERED**.

Dated: June 23, 2020

_____
SUSAN ILLSTON
United States District Judge