UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WEISS LAW, P.C.,

    Plaintiff,

v.

AWRISH BUILDERS, et al.,

    Defendants.

Case No. 19-cv-02258-SI

**ORDER RE ARBITRATION**

On June 1, 2020, the parties attended a telephonic case management conference. Dkt. No. 78. During this conference the parties mutually agreed to resolve the matter through arbitration. *Id*. Based on the parties' agreement to arbitration, the Court ordered the parties to submit their plan for arbitration on or before June 12, 2020. *Id*. On June 12, 2020, defendants submitted a statement saying the defendant selected JAMS as the private arbitration service and Hon. Wayne D. Brazil as the arbitrator. Dkt. No. 79. Plaintiff submitted a separate statement saying it selected the Hon. Wayne D. Brazil "to *mediate* this action." Dkt. No. 81 (emphasis added).

Mediation is not arbitration. The parties agreed during the June 1, 2020 case management conference to arbitration – not mediation. Based on the parties' explicit representations to the Court, arbitration was ordered on the record during the case management conference. To clarify plaintiff's confusion, the Court issues this order. The parties are ORDERED to arbitration based on their agreement thereto.

**IT IS SO ORDERED**.

Dated: July 24, 2020

SUSAN ILLSTON
United States District Judge