UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEISS LAW, P.C., <br>     Plaintiff, <br>     v. <br> AWRISH BUILDERS, et al., <br>     Defendants. | Case No. 19-cv-02258-SI <br><br> **JUDGMENT** |

On May 25, 2021, the Court granted plaintiff's motion confirming the arbitration award. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of plaintiff and against defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 28, 2021

SUSAN ILLSTON
United States District Judge